LUCY COPOUS *v.* CHRISTIAN H. KAUFFMAN and another.

---

Guardian *ad litem* appointed for an imbecile defendant. (*a*)

---

*Dec.* 24, 1839.

*Practice. Defendant of unsound mind. Guardian ad litem.*

BILL by a judgment creditor against the defendant, Christian H. Kauffman. The latter had become imbecile; and the question was, as to enforcing an appearance and answer?

His honor, THE VICE-CHANCELLOR, appointed a guardian *ad litem*.

(*a*) In *Kitson* v. *Cutts,* before the Vice-Chancellor in England, 17th Jan., 1840, the return to an attachment, for want of an appearance was, that the defendant was lunatic. The court appointed an officer of the court the guardian to appear and defend, with a direction that the wife of the party should be allowed to answer separately: Law Journal Reports, vol. 9, part 6 of the New Series, p. 138. A reference is there made to other cases, (as, for instance, *Dorrieu* v. *Livingston,* 9 Sim. 253, *The Attorney General* v. *Dudley,* MS. *Ford* v. *Clough,* 9 Sim. 254, *Miles* v. *Lurgham,* 7 Ves. 231, and to 1 Daniel's Prac. 598;) and the only novel point in the case before the court was, as to whether the application should be based upon an affidavit from a medical attendant. The court appointed the senior six clerk without requiring any such deposition. See, also, *Estcourt* v. *Ewington,* 9 Sim. 252.